### 14761.  BRAND *v.* THE STATE.

LUKE, J. 1. In all criminal cases the bill of exceptions must be tendered to the judge within twenty days from the date of the judgment complained of. Civil Code (1910), § 6153.

(*a*) In the instant case it does not appear that the bill of exceptions was tendered within the required time; it appears merely that it was tendered within *thirty* days from the date of the judgment excepted to. Under repeated rulings of the Supreme Court and of this court the writ of error must be and is dismissed. *White* v. *State*, 25 *Ga. App.* 324 (103 S. E. ·178).

*Writ of· error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 25, 1923.

Accusation of violation of liquor law; from city court of Monroe — Judge Felker. May 14, 1923.

*Orrin Roberts,* for plaintiff in error.

*J. C. Knox, solicitor,* contra.